# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARTHA LEE,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-166-Orl-31DAB**

**VAUGHAN, INC.,**

          **Defendant.**

_____

## ORDER

Upon consideration of the Amended Joint Stipulation for Dismissal with Prejudice (Doc. 9) and the attached settlement agreement, it is

**ORDERED** that the Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 6, 2007.

                                                                  GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party